**Warren S. EARHART, as Trustee of Edward A. Jones, Bankrupt, Appellant, v. Frank VALERIUS.**

No. 11586.

Circuit Court of Appeals, Eighth Circuit.

Sept. 15, 1939.

K. Martin Kirschner, of Kansas City, Mo., for appellant.

Lathrop, Crane, Reynolds, Sawyer & Mersereau, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal, 25 F.Supp. 754, docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

**FORD MOTOR COMPANY v. NATIONAL LABOR RELATIONS BOARD.**

No. 8019.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1939.

Frederick H. Wood, William D. Whitney, and Gravath, DeGersdorff, Swaine & Wood, all of New York City, for petitioner.

Charles Fahy, of Washington, D. C., for respondent.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

The motion of the National Labor Relations Board to dismiss this cause without prejudice being considered and there having been no objections thereto, it is now ordered and adjudged that this cause be and the same is dismissed without prejudice.

**Geo. T. GERLINGER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9317.

Circuit Court of Appeals, Ninth Circuit.

Nov. 13, 1939.

Charles E. McCulloch, of Portland, Or., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and by direction of the court, ordered that this cause be remanded to the said United States Board of Tax Appeals for further proceedings by it in view of, and in accordance with, the provisions, particularly in Section 214, of the Revenue Act of 1939, 26 U.S.C.A. § 214.

**Leo GILLIAM, Appellant, v. UNITED STATES of America.**

No. 11199.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1939.

Roy W. Rucker and James Daleo, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Judgment and sentence vacated, etc., and cause remanded with full power and authority in District Court to permit appellant to change his pleas, etc., on motion of appellant and consent of counsel for appellee.